# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 27, 2014

### NO. 03-13-00016-CR

**The State of Texas, Appellant**

**v.**

**Tri Minh Tran, Appellee**

**APPEAL FROM COUNTY COURT AT LAW NO. 3 OF TRAVIS COUNTY**
**BEFORE JUSTICES PURYEAR, PEMBERTON, AND ROSE**
**REVERSED AND REMANDED -- OPINION BY JUSTICE PURYEAR**

This is an appeal from the order entered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the trial court's order. Therefore, the Court reverses the trial court's order and remands the case for further proceedings. The appellee shall pay all costs relating to this appeal, both in this Court and the court below.